**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| _____ | |
| Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated, | Adversary Pro. No. 8-25-ap-00347-RCT |
| Plaintiffs, | CLASS ACTION |
| v. | |
| AMERICAN MOMENTUM BANK, | |
| Defendant. | |
| _____/ | |

**JOINT MOTION FOR LEAVE TO EXCEED**
**PAGE LIMITS ON MOTION TO DISMISS BRIEFING**

Plaintiffs Michael Goldberg, on behalf of Javier Perales; Michael Passino on behalf of Allison Passino, and John Griffith on behalf of Jackson Griffith (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, and Defendant American Momentum Bank ("American Momentum") jointly move the Court for leave to exceed the Court's page limits as to American Momentum's contemporaneously filed Motion to Dismiss and Incorporated Memorandum of Law (the "Motion") and as to Plaintiffs' forthcoming response to the Motion. Local Rule 7001-1(k)(3) provides that absent leave of Court, motions and responses must not exceed ten pages in length. Local Rules 7001-1(k)(3).

1

American Momentum's Motion is 15 pages, exclusive of captions, notices, certificates of service, or signature blocks. The Motion's length is due to its analysis of Plaintiffs' 61-page Class Action Complaint, which is the subject of the Motion. Plaintiffs are unopposed to American Momentum's requested relief but, as a matter of fairness, also request leave to file a response up to 15 pages, exclusive of captions, notices, certificates of service, or signature blocks. Thus, Plaintiffs and American Momentum jointly request this relief.

The Parties respectfully request that they be granted leave to file (1) the Motion and (2) a response to the Motion, each of which is up to 15 pages, exclusive of captions, notices, certificates of service, or signature blocks.

Respectfully submitted on November 10, 2025.

By: */s/ Tal J. Lifshitz*
Tal J. Lifshitz, Esq.
Florida Bar No. 99519
tjl@kttlaw.com
David L. Rosendorf
Florida Bar No. 996823
dlr@kttlaw.com
Harley S. Tropin, Esq.
Florida Bar No. 241253
hst@kttlaw.com
Benjamin J. Widlanski, Esq.
Florida Bar No. 1010644
bwidlanski@kttlaw.com
Meaghan Goldstein, Esq.
Florida Bar No. 1024796
mgoldstein@kttlaw.com
Yarden (Jordan) Benatar
Florida Bar No. 1049274
jbenatar@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

*Counsel for the Plaintiffs and the Putative Class*

Marcos Rosales
TX Bar No. 24074979
(Admitted *Pro Hac Vice*)
mrosales@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, TX  77010-2010
Telephone:  (713) 951-3700

By: */s/ Donald R. Kirk*
  Donald R. Kirk
  FL Bar No. 105767
  dkirk@carltonfields.com
  Ryan Yant
  FL Bar No. 104849
  ryant@carltonfields.com
  **CARLTON FIELDS, PA**
  4221 W Boy Scout Boulevard, Suite 1000
  Tampa, FL 33607
  Telephone: (813) 229-4334
  Facsimile:  (813) 229-4133

*Counsel for Defendant American Momentum Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed a true and correct copy of the foregoing with the United States Bankruptcy Court for the Middle District of Florida using the Court's CM/ECF system, thereby serving all registered users in this case.

/s/  Donald R. Kirk
  Donald R. Kirk

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| _____ | |
| Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated, | Adversary Pro. No. 8-25-ap-00347-RCT |
| Plaintiffs, | CLASS ACTION |
| v. | |
| AMERICAN MOMENTUM BANK, | |
| Defendant. | |
| _____/ | |

**ORDER GRANTING LEAVE TO EXCEED
PAGE LIMITS ON MOTION TO DISMISS BRIEFING**

THIS PROCEEDING came on for consideration without a hearing on the *Joint Motion for Leave to Exceed Page Limits on Motion to Dismiss Briefing* filed by Plaintiffs and Defendant (Doc.

2

No. __). The Court, having considered the Motion, determines that the Motion should be GRANTED.  Accordingly, it is

ORDERED:

1. Defendant is granted leave to file its Motion to Dismiss and Incorporated Memorandum of Law, which is 15 pages long, exclusive of captions, notices, certificates of service, or signature blocks.

2. Plaintiffs are granted leave to file a response to Defendant's Motion to Dismiss and Incorporated Memorandum of Law that does not exceed 15 pages, exclusive of captions, notices, certificates of service, or signature blocks.

*Donald R. Kirk, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.*