

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/21/2025 10:00 AM

COURTROOM   8A

## HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00676-RCT | **Chapter 11** | 10/08/2025 |
| **ADVERSARY:**   8:25-ap-00347-RCT | | **Pltf Atty:** Tal J. Lifshitz |
| | | **Dft Atty:** Donald R Kirk |

**DEBTOR:**   The Center for Special Needs Trust Administration,

**HEARING:**

Goldberg, on behalf of Javier Perales et al v. American Momentum Bank

Michael Goldberg, Michael Passino and John Griffith   v
American Momentum Bank
(1) Application to Employ Kozyak Tropin &
Throckmorton, LLP as Interim Class Counsel
(Tiled Motion to Appoint Interim Class Counsel)
on behalf of all others similarly situated Filed by David
L Rosendorf on behalf of Plaintiffs Michael Goldberg,
on behalf of Javier Perales, John Griffith on behalf
of Jackson Griffith, individually and on behalf of all
others similarly situated, Michael Passino on behalf
of Allison Passino (Doc #4)
(2) Motion to Determine Authority to Enter Final
Orders or Judgments Filed by Donald R Kirk on
behalf of Defendant American Momentum Bank
(Doc #16)
(3) Motion to Stay Litigation and Stay Discovery
Contains negative notice. Filed by Donald R Kirk on
behalf of Defendant American Momentum Bank
(Doc #18)
Response to [in Opposition to the Defendants Motion
to Stay Litigation and to Stay Discovery] Filed by
Meaghan Goldstein on behalf of Plaintiffs Michael
Goldberg, on behalf of Javier Perales, John Griffith
on behalf of Jackson Griffith, individually and on
behalf of all others similarly situated, Michael Passino
on behalf of Allison Passino (related document(s)18)
(Doc #26)

**APPEARANCES:**: Tal Lifshitz; David Rosendorf; Donald Kirk; Marcos Rosales; Ryan Yant

**WITNESSES:**

**EVIDENCE:**

**RULING:** ***(1) Application to Employ Kozyak Tropin & Throckmorton, LLP as Interim Class Counsel (Tiled Motion to Appoint Interim Class Counsel) on behalf of all others similarly situated Filed by David L Rosendorf on behalf of Plaintiffs Michael Goldberg, on behalf of Javier Perales, John Griffith on behalf of Jackson Griffith, individually and on behalf of all others similarly situated, Michael Passino on behalf of Allison Passino (Doc #4) -   APPROVED; ORDER BY LIFSHITZ

***(2) Motion to Determine Authority to Enter Final Orders or Judgments Filed by Donald R Kirk on behalf of Defendant American Momentum Bank (Doc #16) -   GRANTED; AGREED ORDER TO BE SUBMITTED BY THE PARTIES

***(3) Motion to Stay Litigation and Stay Discovery Contains negative notice. Filed by Donald R Kirk on behalf of Defendant American Momentum Bank (Doc #18) -   DENIED IN PART, GRANTED IN PART; ORDER BY KIRK
***NOTE: PARTIES TO FILE CASE MANAGEMENT REPORT ON OR BEFORE JANUARY 5, 2026, CHAMBERS WILL PREPARE CASE MANAGEMENT ORDER***

Response to [in Opposition to the Defendants Motion to Stay Litigation and to Stay Discovery] Filed by Meaghan Goldstein on behalf of Plaintiffs Michael Goldberg, on behalf of Javier Perales, John Griffith on behalf of Jackson Griffith, individually and on behalf of all others similarly situated, Michael Passino on behalf of Allison Passino (related document(s)18) (Doc #26)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.