ORDERED.

Dated:  November 24, 2025

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs    Case No. 8:24-bk-00676-RCT
Trust Administration, Inc.,    Chapter 11

    Debtor.
_____/

Michael Goldberg, *on behalf of* Javier
Perales; Michael Passino *on behalf of*    Adv. No. 8:25-ap-00347-RCT
Allison Passino; and John Griffith *on
behalf of* Jackson Griffith, individually
and on behalf of all others similarly situated,

    Plaintiffs,
v.

American Momentum Bank,

    Defendant.
_____/

**INITIAL CASE MANAGEMENT ORDER**

THIS PROCEEDING was considered at a hearing on November 21, 2025, during which the Court stated that it would issue a case management order setting forth some initial deadlines in this case.

**Rule 26(f) Conference**:  The parties are directed to meet in person or via Zoom by **December 19, 2025,** to conduct a case management conference, as required by Federal Rule of

Bankruptcy Procedure 7026(f).  During this conference, the parties are directed to discuss: (i) a discovery plan, as described in Bankruptcy Rule 7026(f)(3); (ii) the deadlines to be set in this case, as set forth in the District Court's Uniform Case Management Order;[1] (iii) whether mediation would be beneficial, and if so, when it should be conducted; (iv) a deadline for moving to withdraw the refence to the district court; and (v) an ESI protocol for the exchange of electronic discovery.

**Case Management Report**:  The parties are directed to file a joint case management report by **January 5, 2026**.

**Initial Disclosures**: The parties shall exchange initial disclosures at or within 14 days after the parties Rule 26(f) meeting, as provided in Bankruptcy Rule 7026(a)(1)(C).

**Discovery**:  By separate order, the Court has stayed deposition discovery until January 16, 2026.  Otherwise, the timing and sequence of discovery is governed by Bankruptcy Rule 7026(d).

**Status Conference**:   This Court will hold a second status conference pursuant to Bankruptcy Rule 7016 on **January 26, 2026, at 10:00 a.m.** in in Courtroom 8A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida.

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearing, at https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-

---

[1] A sample can be found on Judge Mizell's page under the "Forms" tab: https://www.flmd.uscourts.gov/judges/nicholas-mizell

ipk6SXFBnivGTDA#/registration.  If a party is unable to register online, please contact Wendy Chatham, Courtroom Deputy, at 813-301-5118.

    It is **SO ORDERED.**

Service via CM/ECF