ORDERED.

Dated: January 26, 2026

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Center for Special Needs            Case No. 8:24-bk-00676-RCT
Trust Administration, Inc.,             Chapter 11

    Debtor.
_____/

Michael Goldberg, *on behalf of* Javier
Perales; Michael Passino *on behalf of*         Adv. No. 8:25-ap-00347-RCT
Allison Passino; and John Griffith *on
behalf of* Jackson Griffith, individually
and on behalf of all others similarly situated,

    Plaintiffs,
v.

American Momentum Bank,

    Defendant.
_____/

## ORDER CONTINUING HEARINGS

THIS PROCEEDING is considered on the Court's initiative for entry of an appropriate order. Set for hearing tomorrow, January 27, 2026, at 3:00 p.m., are a status conference and preliminary hearing on Defendant American Momentum Bank's Motion to Dismiss (Doc. 17) (the "Hearings").[1] The Court, after consultation with the parties and given the present

---

[1] Also set at the same time in the underlying bankruptcy case is a continued preliminary hearing on Defendant's Motion for Relief from Stay to Join Trustee to Adversary Proceeding (Case No. 8-24-bk-00676-RCT, Doc. 759).

dangerous weather conditions, has determined that it is appropriate to continue the Hearings for a short time. It is therefore

**ORDERED:**

1. The status conference and the preliminary hearing on Defendant American Momentum Bank's Motion to Dismiss (Doc. 17) presently scheduled for January 27, 2026, at 3:00 p.m. in this proceeding are hereby continued to **February 5, 2026, at 1:30 p.m.** in Courtroom 8A of the United States Bankruptcy Court, located at 801 North Florida Avenue, Tampa, Florida 33602 (the "Continued Hearings").

2. Although the Court will conduct the Continued Hearings in person, any interested party may choose to attend the hearings remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance, no later than 3:00 p.m. one business day before the date of the hearings. To register, CLICK HERE or manually enter the following web address into a browser: https://www.zoomgov.com/meeting/register/vJItcOGopjMpG2gRKyn-ipk6SXFBnivGTDA#/registration.

3. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

Clerk's Office to serve by CM/ECF. Proof of service is not required. Local Rule 9013-3(b).