ORDERED.

Dated: February 17, 2026

Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| | |
| Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated, | Adversary Pro. No. 8-25-ap-00347-RCT |
| Plaintiffs, | CLASS ACTION |
| v. | |
| AMERICAN MOMENTUM BANK, | |
| Defendant. | |

## ORDER GRANTING THE PLAINTIFFS' UNOPPOSED
## MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

THIS PROCEEDING came before this Court on the *Plaintiffs' Unopposed Motion to Compel Compliance With Subpoena* (DE 70). The Plaintiffs have served a subpoena on Cherry Bekaert Advisory, LLC, seeking eight categories of documents relating to accounting services that

Cherry Bekaert provided to the Center for Special Needs Trust Administration, Leo Govoni, and various business entities affiliated with Leo Govoni. Cherry Bekaert has complied in part with the subpoena but is prohibited from producing documents responsive to Requests No. 4, 5, 6, and 7 absent either consent from Leo Govoni or a court order. *See* 26 U.S.C. § 7216; 26 C.F.R. § 301.7216-2(f). Counsel for the Plaintiffs and for Cherry Bekaert have been unable to identify appropriate counsel for Govoni, who is incarcerated pending his forthcoming criminal trial, and are unable to obtain his consent. Accordingly, the Plaintiffs seek an order from this Court as contemplated in § 7216(a)–(b) and § 301.7216-2(f). Nonparty Cherry Bekaert does not oppose the relief sought.

The Court, having considered the Motion, the record, and the applicable law, determines that the Motion should be **GRANTED**. Accordingly, it is

**ORDERED:**

1. Nonparty Cherry Bekaert Advisory, LLC shall produce all documents responsive to the Plaintiffs' Subpoena Requests No. 4, 5, 6, and 7 pursuant to this Order, notwithstanding an inability to procure consent from Leo Govoni.

2. The parties shall confer in good faith on the timing of this production.

3. This Order does not pass on any objections aside from those raised under 26 U.S.C. § 7216 and 26 C.F.R. § 301.7216-2(f).

**SUBMITTED BY:**

Tal Lifshitz
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL 33134
Tel:    (305) 372-1800
Email: tjl@kttlaw.com
Counsel for the Plaintiffs and the Putative Class

**COPIES FURNISHED TO:**

Tal Lifshitz, who shall serve copies on all interested parties and file a certificate of service.