# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |
| MICHAEL GOLDBERG, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated, | Adversary Pro. No. 8:25-ap-00347-RCT |
| Plaintiffs, | CLASS ACTION |
| v. | |
| AMERICAN MOMENTUM BANK, | |
| Defendant. | |

## DEFENDANT AMERICAN MOMENTUM BANK'S STATUS REPORT

TO THE HONORABLE ROBERTA A. COLTON, UNITED STATES BANKRUPTCY JUDGE:

Defendant American Momentum Bank ("AMB") provides this brief status report addressing certain issues likely to arise during the hearing on February 24, 2026.

### DISCOVERY

Plaintiffs and Defendant held their Rule 26(f) conference on December 5, 2019. That same day, Plaintiffs served their initial set of requests for production on Defendant. Defendant served its initial set of requests for production and initial interrogatories on Plaintiffs on December 23, 2025. Plaintiffs and Defendant served objections and responses to the propounded discovery.

1

On January 5, 2026, the Parties submitted their Joint Uniform Case Management Report (Dkt. No. 56) and their Agreed Motion for Entry of Joint Stipulated ESI Protocol (Dkt. No. 57).

Plaintiffs, Defendant, and counsel for the Chapter 11 Trustee have met and conferred (virtually) on the following dates:

- Friday, January 23, 2026
- Wednesday, February 4, 2026
- Tuesday, February 17, 2026

These conferences have addressed many issues ranging from the previously entered ESI Protocol, a draft confidentiality order (the Parties are working through an issue relating to the treatment of documents produced to the Chapter 11 Trustee in response to a subpoena before litigation was initiated), custodians, search terms, and more. In Defendant's estimation, the conferrals have been professional, collaborative, and helpful. While certain issues remain outstanding, Defendant is not aware of any issues that need the Court's attention at this time.

## CASE MANAGEMENT

As set forth above, the Parties submitted their Joint Uniform Case Management Report (Dkt. No. 56) on January 5, 2026. On January 22, 2026, the Chapter 11 Trustee filed Adversary Proceeding No. 8:26-ap-00015-RCT; *Michael Goldberg, Chapter 11 Trustee v. American Momentum Bank*; in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (hereafter the "Trustee Case"). Now that the Trustee Case is pending, the coordinated handling of this case and the Trustee Case can be meaningfully discussed.

On Friday, January 20, 2026, AMB filed its Motion to Dismiss the affirmative claims asserted in the Trustee Case.[1] AMB respectfully requests coordination of the hearing on that

---

[1] The Chapter 11 Trustee has also objected to AMB's claim and has moved to subordinate AMB's secured claim to have it treated as an unsecured claim.

Motion with matters in this case since lead counsel for AMB is located in Houston and travels for significant hearings. As set forth above, counsel for Plaintiffs here, counsel for the Chapter 11 Trustee, and counsel for Defendant (in both cases) have been coordinating on discovery issues to this point.

## AMB'S MOTION TO DISMISS

In connection with the hearing on AMB's Motion to Dismiss in this case (Dkt. No. 17), AMB respectfully requests that the Court take judicial notice of the Chapter 11 Trustee's Complaint in the Trustee Case (Dkt. No. 1 in the Trustee Case), including the attachments thereto.

Respectfully submitted on February 23, 2025.

By: */s/ Marcos Rosales*
Marcos Rosales, *Pro Hac Vice*
TX Bar No. 24074979
mrosales@beckredden.com
Eric B. Williams II, *Pro Hac Vice*
TX Bar No. 24131767
ewilliams@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Donald R. Kirk
FL Bar No. 105767
dkirk@carltonfields.com
J. Ryan Yant
FL Bar No. 104849
ryant@carltonfields.com
**CARLTON FIELDS, PA**
4221 W Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4334
Facsimile: (813) 229-4133

**COUNSEL FOR DEFENDANT
AMERICAN MOMENTUM BANK**

143744579.1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 23, 2026, a true and correct copy of the foregoing document was served electronically on all counsel of record.

                                          */s/ Marcos Rosales*
                                          Marcos Rosales