**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                    Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC.,                              Chapter 11

         Debtor.
_____

Michael Goldberg, *on behalf of* Javier                Adversary Pro. No. 8:25-ap-00347-RCT
Perales; Michael Passino *on behalf of*
Allison Passino; and John Griffith *on*
*behalf of* Jackson Griffith, individually
and on behalf of all others similarly situated,

         Plaintiffs,

v.

AMERICAN MOMENTUM BANK,

         Defendant.
_____/

### UNOPPOSED MOTION FOR MONTHLY STATUS CONFERENCES

The Plaintiffs, Michael Goldberg, on behalf of Javier Perales; Michael Passino on behalf of Allison Passino; and John Griffith on behalf of Jackson Griffith, respectfully request that this Court schedule a monthly status conference to facilitate the orderly and efficient conduct of this matter. The Defendant, American Momentum Bank, does not oppose the requested relief.

The Plaintiffs submit that a monthly status conference would reduce unnecessary litigation and preserve resources by allowing the parties a forum to seek the Court's guidance on an expedited basis, and provide the Court with updates, without the time and expense of frequent briefing. The Plaintiffs envision a default virtual setting to avoid the expense of travel, although the Plaintiffs will consult with the Defendant in advance of each conference and may propose in-

person appearances from time to time, if appropriate. Additionally, the Plaintiffs propose—and the Defendant agrees—that the parties submit a joint status report one week in advance of each conference to either update the Court on pending concerns or inform the Court that there are no matters to be heard so the Court, at its convenience, can cancel the conference.

Accordingly, the Plaintiffs request that this Court enter an order granting this Motion and ordering monthly status conferences be set, to take place via Zoom, with joint status reports to be submitted one week before each conference.

### CERTIFICATE OF CONFERRAL

The Plaintiffs have conferred with the Defendant, who does not object to the relief sought. Respectfully submitted on March 23, 2026.

By: */s/ Tal J. Lifshitz, Esq.*
Tal J. Lifshitz, Esq.
Florida Bar No. 99519
tjl@kttlaw.com
Benjamin J. Widlanski, Esq.
Florida Bar No. 1010644
bwidlanski@kttlaw.com
Meaghan Goldstein, Esq.
Florida Bar No. 1024796
mgoldstein@kttlaw.com
Yarden (Jordan) Benatar
Florida Bar No. 1049274
jbenatar@kttlaw.com
**KOZYAK TROPIN & THROCKMORTON LLP**
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134
Telephone:   (305) 372-1800
Facsimile:   (305) 372-3508

*Counsel for the Plaintiffs and the Putative Class*