# EXHIBIT E

# DOCUMENT PRODUCED AS NATIVE

# Boston Finance Group Audit History 02.06.2026.xlsx

Confidential

AMB_0038402