**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| MICHAEL GOLDBERG, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated, | Adversary Pro. No. 8:25-ap-00347-RCT |
| Plaintiffs, | CLASS ACTION |
| v. | |
| AMERICAN MOMENTUM BANK, | |
| Defendant. | |

———————————————————————/

**DEFENDANT AMERICAN MOMENTUM BANK'S**
**ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**

TO THE HONORABLE ROBERTA A. COLTON, UNITED STATES BANKRUPTCY JUDGE:

Defendant American Momentum Bank ("AMB") files this Answer to the Class Action

Complaint ("Complaint") filed by Plaintiffs Michael Goldberg on behalf of Javier Perales, Michael

Passino on behalf of Allison Passino, and John Griffith on behalf of Jackson Griffith, individually

and on behalf of all others similarly situated (Dkt. No. 1).

1

## ANSWER TO COMPLAINT

Each of the Paragraphs below corresponds to the same numbered Paragraphs in the Complaint. AMB denies all allegations in the Complaint, whether express or implied that are not specifically admitted below. AMB responds to the allegations in the Complaint as follows:

## INTRODUCTION[1]

1. AMB admits that the Center for Special Needs Trust (the "Center") held deposit accounts with AMB. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 1.

2. AMB admits that the Center deposited trust funds for various trust beneficiaries in certain deposit accounts with AMB. AMB further admits that it was the Custodial Trustee of certain accounts but denies providing Trustee services. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 2.

3. AMB denies the allegations in Paragraph 3.

4. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5. AMB denies the allegations in Paragraph 5.

6. AMB admits that Plaintiffs purport to bring this action on behalf of a proposed class of the beneficiaries of trusts for which the Center was the trustee. AMB lacks knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 6.

---

[1] AMB generally follows the headings set forth in the Complaint in order to simplify comparison of the Complaint and this Answer. By reproducing headings, AMB makes no admission regarding the substance of the heading or any other allegations of the Complaint and, in fact, unless otherwise stated, and to the extent that a particular heading can be construed as an allegation, AMB specifically denies such allegations.

7. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. AMB denies the allegations in Paragraph 10.

11. AMB denies the allegations in Paragraph 11.

12. AMB denies the allegations in Paragraph 12.

13. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14. AMB denies the allegations in Paragraph 14.

15. AMB denies the allegations in Paragraph 15.

16. AMB denies the allegations in Paragraph 16.

17. AMB denies the allegations in Paragraph 17.

18. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the Center's Chapter 11 Case Management Summary speaks for itself.

19.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the Center's Chapter 11 Case Management Summary speaks for itself.

20.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the referenced Indictment speaks for itself.

21.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the referenced Detention Order speaks for itself.

22.     AMB denies the allegations in Paragraph 22.

<u>**PARTIES AND RELEVANT NON-PARTIES**</u>

<u>**The Parties**</u>

23.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the Wind-Down Order speaks for itself.

25.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the Wind-Down Order speaks for itself.

26.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29. AMB denies the allegations in Paragraph 29.

30. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33. AMB denies the allegations in Paragraph 33.

34. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     AMB denies the allegations in Paragraph 37.

38.     AMB denies the allegations in Paragraph 38.

39.     AMB admits the allegations in Paragraph 39.

40.     AMB admits the allegations in Paragraph 40.

41.     AMB admits that its Urban Centre Branch is located at 4830 West Kennedy Boulevard in Tampa, Florida and that most of the accounts opened by the Center were attributed to that branch. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 41.

**Relevant Non-Parties**

42.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     There are no allegations pertaining to AMB in this Paragraph that require a response. AMB admits that Gregory performed financial and accounting services for the Center and was an authorized user on the Center's accounts.  Except as specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45.

46.     AMB admits that Sherry Lilly has been an Assistant Vice President and Treasury Sales Officer with AMB since 2013, where she was the Relationship Manager for certain accounts related to the Center and other accounts related to Govoni. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 46.

47.     There are no allegations pertaining to AMB in this Paragraph that require a response.  AMB admits that Boston Finance Group, LLC was a Florida limited liability company in the financial services sector that provided funding to businesses.  Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 47.

48.     There are no allegations pertaining to AMB in this Paragraph that require a response.  AMB admits that Boston Asset Management, Inc. was a Florida corporation that provided investment advisory services.  AMB further admits that, to the best of AMB's knowledge, Govoni was the majority owner of Boston Asset Management, Inc.  Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 48.

49.     There are no allegations pertaining to AMB in this Paragraph that require a response.  AMB admits that Boston Holding Company, LLC was a Florida limited liability company.  Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 49.

50.     There are no allegations pertaining to AMB in this Paragraph that require a response.  AMB admits that Boston Settlement Group, LLC was a Florida limited liability company of which, to the best of AMB's knowledge, was majority owned by Govoni, at least

7

indirectly.  Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 50.

51.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52.    There are no allegations pertaining to AMB in this Paragraph that require a response. AMB admits that Global Litigation Consultants, LLC was a Florida limited liability company.  Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 52.

53.    There are no allegations pertaining to AMB in this Paragraph that require a response.  AMB admits that Big Storm Brewery, LLC operated a brewery in Clearwater, Florida. AMB further admits that Govoni was at least a partial, indirect owner of Big Storm Brewery, LLC and that Big Storm Brewery, LLC was, to the best of its knowledge, managed on a day-to-day basis by L.J. Govoni.  Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 53.

<b><u>JURISDICTION AND VENUE</u></b>

54.    Paragraph 54 states a legal conclusion for which no response is required. To the extent further response is required, AMB admits that the Court has subject-matter jurisdiction over this litigation.

55.    Paragraph 55 states a legal conclusion for which no response is required. To the extent further response is required, AMB admits that it has agreed that the Court can adjudicate and issue orders resolving all non-dispositive matters in this litigation. For dispositive matters, AMB admits that the parties consented to the Court submitting proposed findings of fact and

8

conclusions of law to the district court and agreed that any final order or judgment shall be entered by the district judge as described in 18 U.S.C. § 157(c)(1).

56. Paragraph 56 states a legal conclusion for which no response is required. To the extent further response is required, AMB admits that the Court has personal jurisdiction over it.

57. Paragraph 57 states a legal conclusion for which no response is required. To the extent further response is required, AMB admits that venue is proper in this Court.

## FACTUAL ALLEGATIONS

### Special Needs Trusts

58. There are no allegations pertaining to AMB in this Paragraph that require a response. AMB admits the truth of the allegations in Paragraph 58.

59. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

62. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62.

63.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.     There are no allegations pertaining to AMB in this Paragraph that require a response. AMB admits the truth of the allegations in Paragraph 65.

66.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

## The Center

71.     There are no allegations pertaining to AMB in this Paragraph that require a response. AMB admits the truth of the allegations in Paragraph 71.

72.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72.

73.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

## The Beneficiaries' SNTs

77.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

11

78. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80. AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82. AMB denies the allegations in Paragraph 82.

83. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86. AMB denies the allegations in Paragraph 86.

87. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and its sub-Paragraphs.

88. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89. AMB denies the allegations in Paragraph 89.

90. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and its sub-Paragraphs.

91. AMB denies the allegations in Paragraph 91.

92. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92.

93. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93.

94. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94.

95. AMB denies the allegations in Paragraph 95.

96. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96.

97. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97.

98. AMB denies the allegations in Paragraph 98.

99. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99.

100. There are no allegations pertaining to AMB in this Paragraph that require a response. AMB admits that, in its role as trustee of a particular SNT, the Center owed fiduciary duties to every beneficiary of such SNT.  Except to the extent specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 100.

101. AMB admits that it was aware that the Center owed fiduciary duties to every beneficiary of each SNT of which the Center was the trustee. AMB also admits that it requested portions of trust instruments from the Center pertaining to certain SNT beneficiaries.  AMB also admits that it agreed to serve as a "Custodial Trustee" for certain SNTs, provided that the only duty of the Custodial Trustee was to be the depository of the assets of the Trust (with no responsibility or authority to make decisions about investments or disbursements).  Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 101.

102.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102.

103.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103.

104.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104.

105.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105.

106.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106.

107.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107.

108.    AMB admits that it knew that the Center was the trustee for some pooled trusts and sometimes requested documentation establishing the Center's authority to deposit checks issued to beneficiaries of such trusts.  Except to the extent specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 108.

15

109.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109.

110.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111.    AMB lacks knowledge or information sufficient to form a belief as to the allegations regarding the number of SNT accounts held at the bank or elsewhere.  AMB denies the remaining allegations in Paragraph 111.

112.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 and its sub-Paragraphs.

113.    AMB admits that it was aware that the Center owed fiduciary duties to every beneficiary of each SNT of which the Center was the trustee.  Further, AMB admits that it identified certain accounts held by the Center as trust accounts.  Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 113.

### The Center's Breaches of Fiduciary Duty

114.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

16

116. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117. AMB denies the allegations in Paragraph 117.

118. AMB admits that BFG held an account at AMB. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 118.

The Center's Improper Loans of SNT Funds to BFG

119. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

122. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122.

123. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126.

127. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127.

128. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128.

129. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129.

130. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130.

131. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131.

132. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132.

133. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133.

134. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134.

135. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135.

136. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136.

137. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137.

138. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138.

139. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139.

140. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140.

141. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141.

142. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142.

143. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143.

144. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144.

145. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145.

146. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146.

147. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147.

148. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148.

149. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149.

150. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150.

151. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151.

152.    AMB states that the Center's Chapter 11 filings speak for themselves. To the extent further response is required, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 152 and they are, therefore, denied.

Govoni's Use of the Funds in BFG's Hands

153.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153.

154.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 154.

155.    AMB admits that it sent correspondence to Todd Belisle requesting that he confirm the authenticity of certain transactions.  Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 155.

156.    AMB denies the allegations in Paragraph 156.

157.    AMB denies the allegations in Paragraph 157.

158.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158.

159.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159.

160.    AMB denies the allegations in Paragraph 160.

*Gravitas Equity Partners*

161.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161.

162. AMB admits that Gravitas Equity Partners, LLC had a bank account at AMB. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 162.

163. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163.

164. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164.

165. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165.

166. AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166.

*Prospect Fundings Holdings LLC*

167. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167.

168. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168.

169. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169.

170. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170.

171. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171.

172. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172.

173. AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173.

174. AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174.

*Big Storm Brewery*

175. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175.

176. AMB denies the allegations in Paragraph 176.

*Big Storm Pinellas*

177.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177.

178.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178.

179.    AMB denies the allegations in Paragraph 179.

*Big Storm Real Estate*

180.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180.

181.    AMB denies the allegations in Paragraph 181.

182.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182.

**Govoni's Shell Game**

183.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183.

184.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184.

185.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185.

186.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186.

187.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187.

188.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188.

189.     AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189.

*The Medicare Set-Aside Funds*

190.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190.

191.     There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191.

192.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192.

193.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193.

194.    AMB admits that The Center for Medicare Set-Aside Administration held an account at AMB. Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 194.

195.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195.

196.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196.

197.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 197.

198.    AMB denies the allegations in Paragraph 198.

199.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199.

200. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200.

201. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 201.

202. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202.

203. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203.

*Illegitimate Interest Payments*

204. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 204.

205. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 205.

206. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 206.

207.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 207.

208.    AMB admits that The Center held a depository account at AMB. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 208 and they are, therefore, denied.

209.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 209.

210.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 210.

211.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211.

212.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212.

213.    AMB admits that BFG received a wire transfer in the amount of $143,565.08 which reflected a wire from "FIDUCIAR TAX ACCOUNTING SER" on or about May 6, 2020.  AMB further admits that BFG issued check number 13084, dated April 30, 2020 with the notation "Interest Payment" included on the memo line, made payable to the Center in the amount of $143,565.08, which check was deposited by the Center on or about May 11, 2020.  Except to the

extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 213.

214. AMB admits that BFG deposited a check from "FIDUCIARY TAX & ACCOUNTING SERVICES" in the amount of $113,000 on or about January 7, 2021. AMB further admits that the Center deposited a check from BFG in the amount of $112,993.05 on or about January 8, 2021 which had the notation "Interest payment" on the memo line. Except to the extent so specifically admitted, AMB lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 214.

215. AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 215.

216. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 216.

217. AMB denies the allegations in Paragraph 217.

*The Magnitude of the Harm*

218. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB states that the Center's February 9, 2024 Chapter 11 filing speaks for itself.

219. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 219.

220. AMB admits that it held accounts for certain trust beneficiaries and business accounts related to the claims at issue in this litigation. Further, AMB lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 220 and they are, therefore, denied.

221.   There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 221.

222.   AMB denies the allegations in Paragraph 222.

223.   There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223.

224.   There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224.

225.   Paragraph 225 states a legal conclusion for which no response is required. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 225.

226.   Paragraph 226 states a legal conclusion for which no response is required. Further, there are no allegations pertaining to AMB in this Paragraph that require a response, and AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 226.

227.   There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 227.

228. Paragraph 228 states a legal conclusion for which no response is required. Further, there are no allegations pertaining to AMB in this Paragraph that require a response, and AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 228.

229. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 229.

230. Paragraph 230 states a legal conclusion for which no response is required. Further, there are no allegations pertaining to AMB in this Paragraph that require a response, and AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230.

231. Paragraph 231 states a legal conclusion for which no response is required. Further, there are no allegations pertaining to AMB in this Paragraph that require a response, and AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231.

232. Paragraph 232 states a legal conclusion for which no response is required. Further, there are no allegations pertaining to AMB in this Paragraph that require a response, and AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232.

233. Paragraph 233 states a legal conclusion for which no response is required. Further, there are no allegations pertaining to AMB in this Paragraph that require a response, and AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 233.

234.   There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 234.

235.   AMB denies the allegations in Paragraph 235.

**Govoni and the Bank**

236.   AMB denies the allegations in Paragraph 236.

237.   AMB admits that Sherry Lilly has been an Assistant Vice President and Treasury Sales Officer with AMB.  AMB further admits that Sherry Lilly served as a relationship manager to the Center and to entities affiliated with Govoni. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 237.

238.   AMB denies the allegations in Paragraph 238.

239.   AMB admits that Sherry Lilly corresponded with Tracey Gregory related to the accounts on which she was authorized to transact.  Further, AMB believes, to the best of its knowledge, that Sherry Lilly and Tracey Gregory shared a courteous and professional relationship. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 239.

240.   It appears, though AMB cannot confirm from its own records, that Sam Davis sent the email excerpted in Paragraph 240, which email speaks for itself.  Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 240.

241.   There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241.

242. It appears, though AMB cannot confirm from its own records, that a bank officer sent the email referenced in Paragraph 242, which email speaks for itself. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 242.

243. AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243.

244. It appears, though AMB cannot confirm from its own records, that Sherry Lilly sent the email referenced in Paragraph 244, which email speaks for itself.

245. AMB denies the allegations in Paragraph 245.

246. AMB denies the allegations in Paragraph 246.

### Applicable Banking Regulations

247. AMB admits the allegations in Paragraph 247.

248. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

249. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

250. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

251. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

252. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

253. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

254. This is a legal conclusion. There are no allegations pertaining to AMB in this Paragraph that require a response.

### The Bank's Aiding and Abetting

The Bank's Actual Knowledge of the Center's Breaches of Fiduciary Duty

255. AMB admits that it knew the Center was trustee of various trusts and, in that capacity, held funds in trust for the benefit of certain beneficiaries. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 255.

256. AMB admits that as to certain trust documents, its then president and Chief Operating Officer Sam Davis signed on behalf of AMB, confirming AMB's willingness in those specific instances to serve as the depository of assets of trust with no responsibility or authority to examine disbursements or the investment of trust assets. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 256.

257. There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 257.

258. AMB admits that it knew the Center was trustee of various trusts and held funds in trust for the benefit of certain beneficiaries. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 258.

259. AMB denies the allegations in Paragraph 259.

260. It appears, though AMB cannot confirm from its own records, that Sherry Lilly sent the email referenced in Paragraph 260, which email speaks for itself.

261. AMB admits that Sherry Lilly received the email referenced in Paragraph 261. AMB states that the email speaks for itself.

35

262. AMB denies the allegations in Paragraph 262.

263. AMB denies the allegations in Paragraph 263.

264. AMB denies the allegations in Paragraph 264.

265. AMB denies the allegations in Paragraph 265.

266. Paragraph 266 states a legal conclusion for which a response is not required. To the extent further response is required, AMB admits that other AMB employees, including Sandy Green and Karen Jones communicated with Tracey Gregory and Center employees related to the Center's accounts. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 266.

267. AMB denies the allegations in Paragraph 267.

268. AMB denies the allegations in Paragraph 268.

*Improper Transactions*

269. AMB denies the allegations in Paragraph 269.

270. AMB denies the allegations in Paragraph 270.

271. AMB denies the allegations in Paragraph 271.

272. AMB admits that its website describes its obligations under Section 326 of the PATRIOT Act. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 272.

273. AMB admits the allegations in Paragraph 273. AMB further states that its website speaks for itself.

274. AMB denies the allegations in Paragraph 274.

*The Bank's Imprimatur on False Account Statements*

275. AMB denies the allegations in Paragraph 275.

36

276.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 276.

277.    It appears, though AMB cannot confirm from its own records, that Sandy Green sent the email referenced in Paragraph 277, which email speaks for itself. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 277.

278.    AMB denies that it previously approved of the Center sending statements which appeared to originate from AMB.  Except to the extent so specifically denied, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 278.

279.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 279.

280.    AMB denies the allegations in Paragraph 280.

*Lack of Formalities*

281.    AMB denies the allegations in Paragraph 281.

282.    It appears, though AMB cannot confirm from its own records, that Sherry Lilly received the email referenced in Paragraph 282, which email speaks for itself.

283.    It appears, though AMB cannot confirm from its own records, that Sherry Lilly sent the email response referenced in Paragraph 283, which email speaks for itself. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 283.

284.    AMB admits that Tracey Gregory sent requests similar to the request referenced in Paragraph 282 to Sherry Lilly to open accounts.

285.    It appears, though AMB cannot confirm from its own records, that Sandy Green received the email from Tracey Gregory referenced in Paragraph 285. AMB states that the email speaks for itself.

286.    AMB denies the allegations in Paragraph 286.

287.    AMB denies the allegations in Paragraph 287.

*Lifting Restrictions*

288.    AMB denies the allegations in Paragraph 288.

289.    AMB denies the allegations in Paragraph 289.

290.    AMB admits that Sherry Lilly sent the email referenced in Paragraph 290. AMB states that the email speaks for itself.

291.    AMB admits that Sherry Lilly attached the two documents referenced in Paragraph 291. AMB states that the documents speak for themselves.

292.    AMB denies the allegations in Paragraph 292.

293.    AMB admits that Maureen Gallagher sent the email quoted in Paragraph 293, which email speaks for itself. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 293.

294.    AMB denies the allegations in Paragraph 294.

295.    AMB admits that Sherry Lilly sent the email referenced in Paragraph 295, which email speaks for itself.

296.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 296.

297.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 297.

298.    AMB admits that Lisa Weber received the email from Laura Davis referenced in Paragraph 298, which email speaks for itself.

299.    AMB admits that Lisa Weber sent the email to Laura Davis referenced in Paragraph 299. AMB states that the email speaks for itself.

300.    AMB admits that Lisa Weber received the email from Laura Davis referenced in Paragraph 300, which email speaks for itself. AMB denies the remaining allegations in Paragraph 300.

*"One Big Company"*

301.    AMB denies the allegations in Paragraph 301.

302.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 302.

303.    AMB denies the allegations in Paragraph 303.

304.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304.

305.    AMB denies the allegations in Paragraph 305.

306.    AMB denies the allegations in Paragraph 306.

*Issuing Unauthorized Wires*

307.    AMB denies the allegations in Paragraph 307.

*High Exposure of All Combined Companies*

308.    AMB denies the allegations in Paragraph 308.

309.    AMB admits that Sandy Green sent the email to Tracey Gregory referenced in Paragraph 309. AMB states that the email speaks for itself.

310.    AMB admits that Sandy Green wrote an email containing the quoted language in Paragraph 310. AMB states that the email speaks for itself.

311.    AMB denies the allegations in Paragraph 311.

312.    AMB denies the allegations in Paragraph 312.

313.    AMB admits that it knew the Center was trustee of various trusts and held funds in trust for the benefit of certain beneficiaries. Except to the extent so specifically admitted, AMB denies the remaining allegations in Paragraph 313.

### TOLLING OR NON-ACCRUAL OF STATUTES OF LIMITATION

314.    AMB denies the allegations in Paragraph 314.

315.    AMB denies the allegations in Paragraph 315.

316.    AMB denies the allegations in Paragraph 316.

317.    AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 317.

318.    Paragraph 318 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 318.

### CLASS ACTION ALLEGATIONS

319.    There are no allegations pertaining to AMB in this Paragraph that require a response. Further, AMB lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 319. To the extent further response is required, AMB denies the allegations in Paragraph 319.

320. Paragraph 320 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 320.

321. Paragraph 321 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 321.

322. AMB denies the allegations in Paragraph 322.

323. Paragraph 323 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 323.

324. Paragraph 324 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 324.

325. Paragraph 325 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 325.

326. Paragraph 326 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 326.

327. Paragraph 327 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 327.

328. Paragraph 328 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 328.

## CLAIM FOR RELIEF

## COUNT 1 – AIDING AND ABETTING BREACH OF FIDUCIARY DUTY

329. Paragraph 329 incorporates previously answered factual allegations and therefore requires no further response. To the extent a response is required, AMB incorporates its responses to Paragraphs 1-328 above.

330.    Paragraph 330 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 330.

331.    Paragraph 331 states a legal conclusion for which a response is not required. To the extent further response is required, AMB denies the allegations in Paragraph 331.

332.    AMB denies the allegations in Paragraph 332.

333.    AMB denies the allegations in Paragraph 333.

334.    AMB denies the allegations in Paragraph 334.

335.    AMB denies the allegations in Paragraph 335 and specifically denies that it has any liability for Plaintiffs' alleged claims.

336.    AMB denies the allegations in Paragraph 336 and specifically denies that it has any liability for Plaintiffs' alleged claims.

337.    AMB denies the allegations in Paragraph 337 and specifically denies that it has any liability for Plaintiffs' alleged claims.

### AFFIRMATIVE DEFENSES

1.    Plaintiffs' claims are barred, in whole or in part, by the statute of limitations.

2.    Plaintiffs' claims are barred, in whole or in part, because they have failed to state a claim upon which relief can be granted.

3.    Plaintiffs' claims are barred, in whole or in part, because AMB had no actual knowledge of the Center's alleged breach and provided no substantial assistance.

4.    Plaintiffs' claims are barred, in whole or in part, because AMB was not the proximate cause of Plaintiffs' alleged damages, as there are intervening, superseding causes.

5.    Plaintiffs' claims are barred, in whole or in part, because of setoff/recoupment in light of bankruptcy recoveries and any restitution from Govoni.

6. Plaintiffs' claims are barred, in whole or in part, because they lack standing/authority over absent beneficiaries who opted out or whose claims are governed by different trust instruments.

7. Plaintiffs' claims are barred, in whole or in part, under the doctrine of *in pari delicto*.

8. Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to bring such claims.

9. AMB reserves the right to plead additional defenses that may become known during the course of discovery as the case progresses and as the claims being asserted in this case are clarified by Plaintiffs.

## CONCLUSION AND PRAYER

Defendant American Momentum Bank respectfully requests that Plaintiffs take nothing in this suit, that judgment be entered in AMB's favor, and that AMB be awarded such other and further relief to which it may be entitled.

Respectfully submitted on April 7, 2026.

By: */s/ Marcos Rosales*
Marcos Rosales, *Pro Hac Vice*
TX Bar No. 24074979
mrosales@beckredden.com
Eric B. Williams II, *Pro Hac Vice*
TX Bar No. 24131767
ewilliams@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Donald R. Kirk
FL Bar No. 105767
dkirk@carltonfields.com

Ryan Yant
FL Bar No. 104849
ryant@carltonfields.com
**CARLTON FIELDS, PA**
4221 W Boy Scout Boulevard, Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4334
Facsimile: (813) 229-4133

**COUNSEL FOR DEFENDANT
AMERICAN MOMENTUM BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, a true and correct copy of the foregoing document was served electronically on all counsel of record.

*/s/ Marcos Rosales*
Marcos Rosales

44