**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8-24-bk-00676-RCT |
| THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC., | Chapter 11 |
| Debtor. | |

Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

AMERICAN MOMENTUM BANK,

    Defendant.

_____/

Ad. Pro. No. 8:25-ap-00347-RCT


Michael Goldberg, *a Chapter 11 Trustee*,

    Plaintiff,

v.

AMERICAN MOMENTUM BANK,

    Defendant.

_____/

Ad. Pro. No. 8-26-ap-00015-RCT

## JOINT STATUS REPORT AND PROPOSED AGENDA

The Class Plaintiffs, Michael Goldberg on behalf of Javier Perales, Michael Passino on behalf of Allison Passino, and John Griffith on behalf of Jackson Griffith; Plaintiff Michael Goldberg as Chapter 11 Trustee; and the Defendant, American Momentum Bank, jointly submit this Status Report and Proposed Agenda in advance of the May 22, 2026, Status Conference. The Plaintiffs and the Defendant will appear in person for the Status Conference.

## Motions

The following motion is pending and has been noticed for hearing:

Adversary Pro. No. 8:25-ap-00015-RCT

- Defendant's Motion to Dismiss (DE 14); Trustee's Response in Opposition (DE 21); Defendant's Reply in Support of Motion to Dismiss (DE 32); Notice of Hearing (DE 26).

## Withdrawal of the Reference

Pursuant to the Court's statements at the last status conference, the Plaintiffs will file motions to withdraw the reference in each case and seek to extend the deadline to the extent one applies. The Defendant confirmed that it will oppose the Plaintiffs' motions.

## Discovery

Plaintiffs' Summary on Written Discovery:

The Plaintiffs served the following discovery requests on the Defendant:

- First Request for Production, December 5, 2025;
- First Interrogatories, February 17, 2026;
- Second Request for Production, February 17, 2026; and
- Third Request for Production, April 3, 2026.

The Defendant has made rolling productions in response to the Plaintiffs' First RFP and committed to substantial completion by the first week of June.

The parties are attempting to work through a number of discovery disputes in good faith in an effort to avoid Court intervention. Unfortunately, some of the discussions resulted in impasse, while others remain in progress. The Plaintiffs intend to bring a single motion to address the outstanding discovery matters once those discussions are complete.

The Plaintiffs have responded to the Defendant's First Interrogatories, including objections to certain overly-broad contention interrogatories. The parties have conferred and will continue to do so.

Defendant's Summary on Written Discovery:

Defendant has continued to produce documents and is on track to substantially complete document production the first week of June. Defendant has also propounded discovery on Plaintiffs. In Defendant's estimation, Plaintiffs' responses to certain interrogatories have been inadequate, materially hindering Defendant's ability to engage in meaningful discovery necessary to the defense of the case. The Parties recently conferred and will continue to confer. If conferrals do not resolve the issue, Defendant will file a motion seeking to compel answers.

Joint Summary Regarding Depositions:

This Court granted the Plaintiffs' Motion for Leave to Take a Limited Rule 30(b)(6) Deposition on three topics. *See* Order on Plaintiffs' Motion for Leave to Take a Limited Rule 30(b)(6) Deposition [DE 94]. The Defendant has designated three witnesses, and the depositions are scheduled for May 18, 2026, and May 20, 2026.

On May 12, Plaintiffs requested deposition dates for three AMB-employee witnesses: Maureen Gallagher, Sandy Green, and Sherry Lilly. The parties are conferring to coordinate scheduling.

Dated: May 15, 2026                                    Respectfully submitted,

By: */s/  Tal J. Lifshitz*
   Tal J. Lifshitz, Esq.
   Florida Bar No. 99519
   tjl@kttlaw.com
   Benjamin J. Widlanski, Esq.
   Florida Bar No. 1010644
   bwidlanski@kttlaw.com
   Meaghan Goldstein, Esq.
   Florida Bar No. 1024796
   mgoldstein@kttlaw.com
   Yarden (Jordan) Benatar
   Florida Bar No. 1049274
   jbenatar@kttlaw.com
   **KOZYAK TROPIN &
   THROCKMORTON LLP**
   2525 Ponce de Leon Blvd.
   9th Floor
   Coral Gables, Florida 33134
   Telephone:   (305) 372-1800
   Facsimile:   (305) 372-3508

   *Counsel for the Class Plaintiffs and
   the Putative Class*


By: */s/  Megan W. Murray*
   Megan W. Murray
   Florida Bar Number 0093922
   Scott A. Underwood
   Florida Bar Number 730041
   Adam Gilbert
   Florida Bar Number 1011637
   **UNDERWOOD MURRAY, P.A.**
   100 N Tampa Street, Suite 2325
   Tampa, Florida 33602
   Tel: (813) 540-8401 │ Fax: (813) 4553-5345
   Email:
   mmurray@underwoodmurray.com
   sunderwood@underwoodmurray.com
   agilbert@underwoodmurray.com

   *Special Counsel to the Trustee*


By: */s/ Marcos Rosales*
   Marcos Rosales
   TX Bar No. 24074979
   (Admitted *Pro Hac Vice*)
   mrosales@beckredden.com
   **BECK REDDEN LLP**
   1221 McKinney, Suite 4500
   Houston, TX  77010-2010
   Telephone:  (713) 951-3700
   Donald R. Kirk
   FL Bar No. 105767
   dkirk@carltonfields.com
   Ryan Yant
   FL Bar No. 104849
   ryant@carltonfields.com
   **CARLTON FIELDS, PA**
   4221 W Boy Scout Boulevard,
   Suite 1000
   Tampa, FL 33607
   Telephone: (813) 229-4334
   Facsimile:  (813) 229-4133

   *Counsel for Defendant American
   Momentum Bank*