ORDERED.

**Dated: September 10, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Debtor.

Case No. 8-24-bk-00676-RCT
Chapter 11

Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

American Momentum Bank,

Defendant.
/

Adv. No. 8-25-ap-00347-RCT

CLASS ACTION

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO RESET OPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

THIS PROCEEDING is considered, without a hearing, upon the *Unopposed Motion to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Class Certification*

*and to Reset Opposed Motion to Extend deadline to File Response in Opposition to Plaintiffs' Motion for Class Certification* filed by Defendant (Doc. 142) (the "Motion"). The Court, having considered the Motion, determines that the Motion should be granted. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. 142) is **GRANTED**.

2. Defendant American Momentum Bank shall file its response in opposition to Plaintiffs' Motion for Class Certification (Doc. 132) no later than **November 19, 2026.**

3. The preliminary hearing on Defendant's Opposed Motion to Extend Time to File Response in Opposition to Plaintiffs' Motion for Class Certification (Doc. 139) (the "Prior Motion") is hereby continued to **October 16, 2026, at 10:00 a.m.**

4. If Plaintiffs elect to file a written response to the Prior Motion, they must do so no later than **October 6, 2026**. If Plaintiffs file a written response, the need for reply by American Momentum Bank is not anticipated.

Donald R. Kirk, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.