ORDERED.

**Dated: October 20, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Case No. 8-24-bk-00676-RCT

THE CENTER FOR SPECIAL NEEDS
TRUST ADMINISTRATION, INC., Chapter 11

Debtor.

---

Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated, Adversary Pro. No. 8-25-ap-00347-RCT

Plaintiffs, CLASS ACTION

v.

AMERICAN MOMENTUM BANK,

Defendant.

_________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S OPPOSED EXPEDITED MOTION TO EXTEND DEADLINE TO FILE RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

THIS CAUSE came before the Court on October 16, 2026 at 10:00 a.m., ("**Hearing**") for expedited consideration on American Momentum Bank's ("**Bank**") Opposed Expedited Motion

to Extend Deadline to File Response in Opposition to Plaintiffs' Motion for Class Certification (Doc. 139) (the "Motion"). The Court, having reviewed the Bank's Motion and Plaintiffs' Response in Opposition to Defendant's Motion for Extension of Time (Doc. 155), hearing argument of counsel at the Hearing, and being otherwise advised in the premises, finds that the Motion should be granted in part and denied in part. Accordingly, it is

**ORDERED**:

1. The Motion (Doc. 139) is **GRANTED** to the extent that the Bank may file its response in opposition to Plaintiffs' Motion for Class Certification (Doc. 132) by December 9, 2026.

2. The Motion (Doc. 139) is **DENIED** in all other respects.

Marcos Rosales, Esq. is directed to serve a copy of this order on all parties of record and file a certificate of service with the Court.