ORDERED.

**Dated: November 02, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

THE CENTER FOR SPECIAL NEEDS TRUST ADMINISTRATION, INC.,

Debtor.

Case No. 8-24-bk-00676-RCT

Chapter 11

---

Michael Goldberg, *on behalf of* Javier Perales; Michael Passino *on behalf of* Allison Passino; and John Griffith *on behalf of* Jackson Griffith, individually and on behalf of all others similarly situated,

Plaintiffs,

Adv. No. 8-25-ap-00347-RCT

CLASS ACTION

v.

AMERICAN MOMENTUM BANK,

Defendant.

_____________________________________/

**ORDER (I) GRANTING, IN PART, AGREED MOTION TO RESCHEDULE STATUS CONFERENCE AND (II) CANCELING NOVEMBER 20 STATUS CONFERENCE**

THIS PROCEEDING came before this Court on the *Agreed Motion to Reschedule Status Conference* (Doc. 161) (the "Motion"). Currently, there is a status conference set for November 20, 2026, at 10:00 a.m. (the "Conference"). *See* Order Granting Plaintiffs' Unopposed

Motion for Monthly Status Conferences (Doc. 83). The Plaintiffs, with the Defendant's agreement, have requested that this Court continue the hearing due to a scheduling conflict. The Chapter 11 Trustee, whose related case is set for a status conference at the same time, also agrees.

The Court, having considered the Motion, the record, and the applicable law, determines that the Motion should be granted, in part. Given that there is a subsequent conference scheduled shortly after the proposed reschedule date for the Conference, rather than reschedule the Conference, the Court finds that the Conference simply should be canceled.

Should the parties require a hearing or status conference before the Court before the conference scheduled for December 18, 2026, at 10:00 a.m. (Doc. 152), the parties are directed to file an appropriate paper.

It is **SO ORDERED**.

Service shall be by CM/ECF. Proof of service is not required. Local Rule 9013-3(b).